TIMOTHY A. BARNES
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAPESIUS, KELLY | § | Case No. 12-01861 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/09/2012 in Courtroom 642,
United States Bankruptcy Court
Northern District of Illinois, Eastern Division
219 South Dearborn, Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/10/2012              By: Clerk of the Bankruptcy Court
                                         Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                             §
                                   §
CAPESIUS, KELLY                    §          Case No. 12-01861
                                   §
              Debtor(s)            §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,600.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 3,600.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 900.00 | $ 0.00 | $ 900.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 900.00 |
| Remaining Balance | | | $ 2,700.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,363.59  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | $ 1,372.18 | $ 0.00 | $ 152.07 |
| 000002 | Atlas Acquisitions LLC (WFNNB - EXPRESS) | $ 1,535.78 | $ 0.00 | $ 170.20 |
| 000003 | PHARIA L.L.C. | $ 1,379.69 | $ 0.00 | $ 152.90 |
| 000004 | Midland Funding LLC | $ 1,626.17 | $ 0.00 | $ 180.21 |
| 000005 | Midland Funding LLC | $ 7,705.83 | $ 0.00 | $ 853.97 |
| 000006 | Capital One Bank (USA), N.A. | $ 1,177.98 | $ 0.00 | $ 130.54 |
| 000007 | GE Capital Retail Bank | $ 1,106.82 | $ 0.00 | $ 122.66 |
| 000008 | PYOD, LLC its successors and assigns as assignee | $ 7,070.64 | $ 0.00 | $ 783.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | CVF Consumer Acquisition Company its successors | $ 1,388.50 | $ 0.00 | $ 153.87 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,700.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                       Case No. 12-01861-TAB
Kelly Capesius                                               Chapter 7
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 3              Date Rcvd: Sep 11, 2012
                              Form ID: pdf006              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2012.
db           +Kelly Capesius,   8528 W. Bruce Dr.,   Niles, IL 60714-2377
18611230     +Atlas Acquisitions LLC  (HSBC Bank Nevada Natio),   294 Union St.,   Hackensack, NJ 07601-4303
18611232     +Atlas Acquisitions LLC  (WFNNB - EXPRESS),   294 Union St.,   Hackensack, NJ 07601-4303
18381555     +Barclays Bank Delaware,    Attention: Bankruptcy,   Po Box 8801,   Wilmington, DE 19899-8801
18381556     +Blitt & Gaines, P.C.,    661 Glen Ave.,   Wheeling, IL 60090-6017
18996376      CVF Consumer Acquisition Company its successors,    and assigns as assignee of NCO,
               Portfolio Management,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
18712310      Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
18381557     +Capital One, N.a.,    Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
18381558     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
18381559     +Crd Prt Asso c/o Comcast,    Attn: Bankruptcy,   Po Box 802068,   Dallas, TX 75380-2068
18381561     +Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
18381563     +Greentree & Associates,    Po Box 3417,   Escondido, CA 92033-3417
18381564     +Harris,   222 Merchandise Mart Plaza Suite 1900,    Chicago, IL 60654-1421
18381567     +Hsbc/bsbuy,   Po Box 5253,   Carol Stream, IL 60197-5253
18381568     +Hsbc/neimn,   Hsbc Card Services/Attn: Bankruptcy,    Po Box 5895,   Carol Stream, IL 60197-5895
18381573     +Med Busi Bur,   1460 Renaissance D,    Park Ridge, IL 60068-1349
18381576    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,    Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
18381577     +State Collection Servi,    Attn: Bankruptcy,   Po Box 6250,   Madison, WI 53716-0250
18381578     +Wfnnb/harlem,   Attention: Bankruptcy,    Po Box 182686,   Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18381552     +E-mail/Text: KM@ARCONCEPTSINC.COM Sep 12 2012 02:16:07     A/r Concepts,   2320 Dean St,
               Saint Charles, IL 60175-1068
18381553      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 12 2012 02:15:19      American Honda Finance,
               Po Box 168088,   Irving, TX 75016
18519643     +E-mail/Text: bnc@atlasacq.com Sep 12 2012 02:18:58     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
18381560     +E-mail/Text: ana@divservgrp.com Sep 12 2012 02:40:05     Diversified Svs Group,
               1824 W Grand Ave Ste 200,   Chicago, IL 60622-6721
18781578      E-mail/PDF: rmscedi@recoverycorp.com Sep 12 2012 02:26:12      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18381562     +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2012 02:29:02      Gecrb/gap,   Po Box 965005,
               Orlando, FL 32896-5005
18381569     +E-mail/Text: Bankruptcy@icsystem.com Sep 12 2012 03:02:36     Ic Systems Inc,   Po Box 64378,
               St. Paul, MN 55164-0378
18381570     +E-mail/Text: cio.bncmail@irs.gov Sep 12 2012 02:08:02     Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
18381571     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 12 2012 02:11:22      Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
18381574     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2012 02:13:58      Midland Credit Mgmt In,
               8875 Aero Dr,   San Diego, CA 92123-2255
18616596     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2012 02:13:58      Midland Funding LLC,
               Midland Credit Management, Inc.,   8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
18612865     +E-mail/Text: bncmail@w-legal.com Sep 12 2012 03:20:15     PHARIA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18992982     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 12 2012 02:11:22
               PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18381554*   ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: American Honda Finance,    Po Box 168088,   Irving, TX 75016)
18381565*    +Harris,   222 Merchandise Mart Plaza Suite 1900,    Chicago, IL 60654-1421
18381566*    +Harris,   222 Merchandise Mart Plaza Suite 1900,    Chicago, IL 60654-1421
18381572*    +Lvnv Funding Llc,   Po Box 740281,   Houston, TX 77274-0281
18381575*    +Midland Credit Mgmt In,    8875 Aero Dr,   San Diego, CA 92123-2255
                                                                                          TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 3              Date Rcvd: Sep 11, 2012
                              Form ID: pdf006              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2012**                              **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dwilliams              Page 3 of 3                  Date Rcvd: Sep 11, 2012
                              Form ID: pdf006              Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2012 at the address(es) listed below:
          Konstantine T. Sparagis    on behalf of Debtor Kelly Capesius gsparagi@yahoo.com,
           mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietro
           ester@msn.com;gus@bestclientinc.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip V Martino    philip.martino@quarles.com,
           pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
                                                                                   TOTAL: 3