TIMOTHY A. BARNES
**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAPESIUS, KELLY | § | Case No. 12-01861 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO |  |  |  |  |  |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A/r Concepts 2320 Dean St Saint Charles, IL 60175 | | | | | |
| | Blitt & Gaines, P.C. 661 Glen Ave. Wheeling, IL 60090 | | | | | |
| | Crd Prt Asso c/o Comcast Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | | | | |
| | Diversified Svs Group 1824 W Grand Ave Ste 200 Chicago, IL 60622 | | | | | |
| | Dsnb Macys Po Box 8218 Mason, OH 45040 | | | | | |
| | Greentree & Associates Po Box 3417 Escondido, CA 92033 | | | | | |
| | Harris 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | | |
| | Harris 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Harris 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 |  |  |  |  |  |
|  | Hsbc/bsbuy Po Box 5253 Carol Stream, IL 60197 |  |  |  |  |  |
|  | Ic Systems Inc Po Box 64378 St. Paul, MN 55164 |  |  |  |  |  |
|  | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 |  |  |  |  |  |
|  | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 |  |  |  |  |  |
|  | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 |  |  |  |  |  |
|  | State Collection Servi Attn: Bankruptcy Po Box 6250 Madison, WI 53716 |  |  |  |  |  |
|  | Wfnnb/harlem Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 |  |  |  |  |  |
| 000001 | ATLAS ACQUISITIONS LLC (HSBC BANK N |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ATLAS ACQUISITIONS LLC (WFNNB - EXP | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | CVF CONSUMER ACQUISITION COMPANY IT | | | | | |
| 000007 | GE CAPITAL RETAIL BANK | | | | | |
| 000004 | MIDLAND FUNDING LLC | | | | | |
| 000005 | MIDLAND FUNDING LLC | | | | | |
| 000003 | PHARIA L.L.C. | | | | | |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-01861 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | CAPESIUS, KELLY | | | Date Filed (f) or Converted (c): | 01/19/12 (f) |
| | | | | 341(a) Meeting Date: | 03/07/12 |
| For Period Ending: 03/27/13 | | | | Claims Bar Date: | 06/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH BANK OF AMERICA | 2,624.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS ACCOUNT WITH ING | 5.00 | 0.00 | | 0.00 | FA |
| 4. MISC. FURNITURE AND HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. MISC. JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. WALGREENS PROFIT SHARING | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. FIDELITY/WAG STOCK | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 2008 HONDA ACCORD 34K MILES | 9,955.00 | 0.00 | | 0.00 | FA |
| 10. IRS TAX REFUND (u) Federal ($4,800) plus state ($120) income tax refund, less $1371 exemption. | 0.00 | 3,629.00 | | 3,600.00 | FA |

| TOTALS (Excluding Unknown Values) | $18,134.00 | $3,629.00 | | $3,600.00 | Gross Value of Remaining Assets $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/01/12     Current Projected Date of Final Report (TFR): 09/01/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-01861 TAB | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | CAPESIUS, KELLY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6559 Congressional Bank Checking Account |
| Taxpayer ID No: | *******2907 | | | |
| For Period Ending: | 03/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 04/04/12 | 10 | Kelly Capesius | IRS Tax Refund | 3,600.00 | | 3,600.00 |
| 10/10/12 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | | 900.00 | 2,700.00 |
| 10/10/12 | 003002 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 11.08237% | | 152.07 | 2,547.93 |
| 10/10/12 | 003003 | Atlas Acquisitions LLC (WFNNB - EXPRESS)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 11.08232% | | 170.20 | 2,377.73 |
| 10/10/12 | 003004 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000003, Payment 11.08220% | | 152.90 | 2,224.83 |
| * 10/10/12 | 003005 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000004, Payment 11.08187%<br>(4-1) Modified on 3/19/12 to<br>correct creditors name(dw) | | 180.21 | 2,044.62 |
| 10/10/12 | 003006 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000005, Payment 11.08213%<br>(5-1) Modified on 3/19/12 to<br>correct creditors name(dw) | | 853.97 | 1,190.65 |
| 10/10/12 | 003007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 11.08168% | | 130.54 | 1,060.11 |
| * 10/10/12 | 003008 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp | Claim 000007, Payment 11.08220%<br>(7-1) GAP or GEMB | | 122.66 | 937.45 |
| | | | Page Subtotals | 3,600.00 | 2,662.55 | |

LFORM2

Ver: 17.01

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 12-01861 | TAB | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | CAPESIUS, KELLY | | | Bank Name: | Congressional Bank |
| | | | | Account Number / CD #: | *******6559 Congressional Bank Checking Account |
| Taxpayer ID No: | *******2907 | | | | |
| For Period Ending: | 03/27/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/10/12 | 003009 | 25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000008, Payment 11.08217% | | 783.58 | 153.87 |
| 10/10/12 | 003010 | CVF Consumer Acquisition Company its successors and assigns as assignee of NCO<br>Portfolio Management<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000009, Payment 11.08174% | | 153.87 | 0.00 |
| * 01/16/13 | 003011 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | (4-1) Modified on 3/19/12 to<br>correct creditors name(dw)<br>Reissue of Check No. 3005 which they say they never received and never cashed.  Stop Payment put on 3005. | | | 0.00 |
| * 01/16/13 | 003011 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | (4-1) Modified on 3/19/12 to<br>Failed to enter an amount | | | 0.00 |
| 01/16/13 | 003012 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | (4-1) Modified on 3/19/12<br>Reissue of Check No. 3005 which they say they never received and never cashed.  Stop Payment put on 3005. | | 180.21 | -180.21 |
| 01/16/13 | 003013 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (7-1) GAP or GEMB<br>Reissue of Check No. 3008 which they say they never received and never cashed.  Stop Payment put on 3008. | | 122.66 | -302.87 |
| * 01/29/13 | 003005 | Midland Funding LLC | Claim 000004, Payment 11.08187% | | -180.21 | -122.66 |
| | | | Page Subtotals | 0.00 | 1,060.11 | |

LFORM2

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-01861 TAB | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | CAPESIUS, KELLY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6559 Congressional Bank Checking Account |
| Taxpayer ID No: | *******2907 | | | |
| For Period Ending: | 03/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/29/13 | 003008 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000007, Payment 11.08220% | | -122.66 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,600.00 | 3,600.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,600.00 | 3,600.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,600.00 | 3,600.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Congressional Bank Checking Account - ********6559 | 3,600.00 | 3,600.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,600.00 | 3,600.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    -122.66

LFORM2

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.01